609 S.E.2d 515

**In the Matter of Luther E. ATWATER, III, Respondent.**

Supreme Court of South Carolina.

Feb. 15, 2005.

## ORDER

The Office of Disciplinary Counsel petitions the Court to place respondent on interim suspension pursuant to Rule 17, RLDE, of Rule 413, SCACR. Respondent does not oppose the petition.

The petition is granted and respondent is suspended, pursuant to Rule 17, RLDE, Rule 413, SCACR, from the practice of law in this State until further order of the Court.

IT IS SO ORDERED.

/s/ Jean H. Toal, C.J.
FOR THE COURT